UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:01-cr-58-TRM-CHS-01 |
| | ) |
| JERMAINE TARPKIN | ) |

## **MEMORANDUM AND ORDER**

JERMAINE TARPKIN ("Defendant") appeared for a hearing on October 16, 2017 in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with, and reviewed with counsel, a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a preliminary hearing but requested a detention hearing, which was held. U.S. Probation Officers Joey Byars and Doug Corn both testified regarding the factual allegations set forth in the Petition and related matters. After being sworn, Defendant testified on his own behalf. Both parties presented their respective arguments, which were fully considered by the Court

Based upon the Petition and Defendant's waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed a violation of his conditions of supervised release as alleged in the Petition.

Pursuant to Fed. R. Crim. P. 32.1(a)(6), and based on the proof as addressed in greater detail during the detention hearing, the Court finds Defendant has not carried his burden of demonstrating by clear and convincing evidence that, if released at this time, he would not pose a danger to another person or to the community.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.

                                                             s/ *Susan K. Lee*
                                                             SUSAN K. LEE
                                                             UNITED STATES MAGISTRATE JUDGE