UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:01-cr-58-TRM-CHS-01 |
| | ) | |
| JERMAINE TARPKIN | ) | |

## **MEMORANDUM AND ORDER**

JERMAINE TARPKIN, ("Defendant") appeared for a hearing on March 29, 2019, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Attorney Michael L. Acuff was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant requested both a preliminary hearing and a detention hearing and time to prepare for said hearings. The U.S. Marshal shall transport Defendant to said hearings, which will be held before the undersigned **on Friday, April 5, 2019 at 9:00 a.m**. Defendant shall be temporarily detained until his preliminary and detention hearings as set forth in a separate order [Doc. 103].

SO ORDERED.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE